**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Sheila Marshall *
**Plaintiff,**
*
**v.** **Case No.** 1:17-cv-02779-MJG
*
UMMC
**Defendant.** *

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Check one.**

☒ Exhibit 1 which is an attachment to Defendant's Reply to Plaintiff's Objection to Magistrate Report and Recommendation

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐ ______________________________
(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by serving the sealed document by email and first-class mail on Plaintiff's counsel.

1/08/19
Date

______________________________
Signature

Kerstin M. Miller, #29736
Printed Name and Bar Number

320 E. Towsontown Blvd., Suite 1E Baltimore, MD 21286
Address

kmiller@smithdowney.com
Email Address

410-321-9000
Telephone Number

410-321-6270
Fax Number